| | | | |
|---|---|---|---|
| Case No. | **CV 17-741-DMG (JCx)** | Date | May 18, 2017 |

Title *Manuel Gonzalez v. Shamsher Chowdhury*

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

  On May 2, 2017, the Court ordered Plaintiff to show cause in writing, no later than May 16, 2017, why the above-entitled action should not be dismissed for failure to prosecute. To date, Plaintiff has not filed a response.

  Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.